## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:20-CR-3115 |
| vs. | |
| CODIE D. MALESKER, | ORDER |
| Defendant. | |

This matter is before the Court upon the government's motion (filing 35) for an order permitting the defendant to pay restitution prior to sentencing. The Court will grant the motion.

IT IS ORDERED:

1.   The government's motion (filing 35) is granted.

2.   The Clerk of the Court shall accept up to and including $63,443.77 in restitution until further order of the Court.

Dated this 12th day of August, 2021.

BY THE COURT:

John M. Gerrard
United States District Judge