IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

              Plaintiff,

    vs.

CODIE MALESKER,

              Defendant.

**4:20CR3115**

**ORDER**

Defense counsel has moved to withdraw because the scope of work for which he was appointed is complete. (Filing No. 54). Defendant is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED:

1)    Defense counsel's motion to appoint new counsel, (Filing No. 54), is granted. Seth W. Morris is hereby withdrawn as counsel, and he shall promptly notify Defendant of the entry of this order.

2)    The clerk shall delete Seth W. Morris from any future ECF notifications herein.

January 20, 2022.

              BY THE COURT:
              *s/ Cheryl R. Zwart*
              United States Magistrate Judge